UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AETNA LIFE & CASUALTY COMPANY : | |
| Plaintiff, : | |
| : | CIVIL NO. 3:03-CV-01021(WWE) |
| V. : | |
| : | MARCH 23, 2004 |
| LASHAWN MILLS : | |
| Defendant. : | |

### REQUEST FOR ENTRY OF DEFAULT PURSUANT TO RULE 55(a)

The Plaintiff, AETNA LIFE AND CASUALTY COMPANY, in the above referenced action hereby requests that a default be entered against the Defendant, LASHAWN MILLS, pursuant to Federal Rule of Civil Procedure 55(a) for failure to answer the Plaintiff's complaint dated June 2, 2003, which had a return date of 20 days after service. Service via certified mail was obtained June 23, 2003.

PLAINTIFF
AETNA LIFE & CASUALTY COMPANY

By: _____
Richard F. Tolisano
2 Congress Street
Hartford, CT 06114-1024
Juris No: 11822

## ORDER

The foregoing Request having been presented to the Court is hereby ORDERED: GRANTED/DENIED.

BY THE COURT

_____
Judge/Clerk

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed to Pro Se Defendant Lashawn Mills, 7735 Mt Carmel Road, Verona, PA 15147 on March 23, 2004.

_____
Richard F. Tolisano
Attorney at Law
2 Congress Street
Hartford, CT 06114

C:\Office\TONI\aetna v. mills.55a.wpd

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AETNA LIFE & CASUALTY COMPANY | : |
| Plaintiff, | : |
| | : |
| | : CIVIL NO. 3:03-CV-01021(WWE) |
| V. | : |
| | : |
| | : MARCH 11, 2004 |
| LASHAWN MILLS | : |
| Defendant. | : |

### AFFIDAVIT OF DEBT

The undersigned being duly sworn hereby deposes and says:

1. I am the Overpayment Specialist Supervisor at Aetna Life and Casualty Company.

2. Aetna Life and Casualty Company provided a Long Term Disability Plan (hereinafter "Plan") for the Defendant, LASHAWN MILLS, which was in effect on or about November 27, 2000. This plan provided long term disability benefits to the employees of Allegheny Hospital.

3. The Defendant, LASHAWN MILLS, was receiving long term disability benefits under the Plan. Subsequently Aetna Life and Casualty Company discovered that the Defendant,

LASHAWN MILLS, had also been awarded Social Security Benefits. This is considered other income under the Plan. Plan benefits are subject to adjustment in the event that recipients are receiving income from other sources such as Social Security Disability Benefits.

4. As a result of the Social Security Benefits, an overpayment was made to the Defendant, LASHAWN MILLS, in the amount of TWELVE THOUSAND FIVE HUNDRED FORTY AND 18/100 ($12,540.18) DOLLARS.

5. The Defendant, LASHAWN MILLS, signed a Reimbursement Agreement promising to repay any and all overpayments of Disability Benefits.

6. Despite demand, the Defendant, LASHAWN MILLS, has failed to make any payments on this debt.

7. The above facts are true.

Lori Carlson
Overpayment Specialist Supervisor
For Aetna Life & Casualty Company
Plaintiff

Subscribed and sworn to before me this 17th day of March, 2004

Notary Public/ Commissioner of the Superior Court  6/30/2008
My Commission Expires