#6

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AETNA LIFE & CASUALTY COMPANY :

Plaintiff, :

: CIVIL NO. 3:03-CV-01021(WWE)

:

: MARCH 23, 2004

SHAWN MILLS :

Defendant. :

### REQUEST FOR ENTRY OF DEFAULT PURSUANT TO RULE 55(a)

The Plaintiff, AETNA LIFE AND CASUALTY COMPANY, in the above referenced action hereby requests that a default be entered against the Defendant, LASHAWN MILLS, pursuant to Federal Rule of Civil Procedure 55(a) for failure to answer the Plaintiff's complaint dated June 2, 2003, which had a return date of 20 days after service. Service via certified mail obtained June 23, 2003.

PLAINTIFF
AETNA LIFE & CASUALTY COMPANY

By: _____
Richard F. Tolisano
2 Congress Street
Hartford, CT 06114-1024
Juris No: 11822

*Marginal annotations:*
- Default entered pursuant to Rule 55(a), FRCP. Default Judgment to be filed by May 13, 2004 or dismissal will enter pursuant to Rule 41(a) FRCP. KEVIN F. ROWE, Clerk BY [signature] Deputy Clerk, April 13, 2004
- FILED 2004 APR 13 P 4:16 U.S. DISTRICT COURT BRIDGEPORT, CONN
- FILED 2004 APR -5 A 9:03 U.S. DISTRICT COURT BRIDGEPORT, CONN