UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **AETNA LIFE AND CASUALTY COMPANY** | : |
| **Plaintiff** | : CIVIL NO. |
| | : 3:03-CV-01021(WWE) |
| **v.** | : |
| | : MAY 4, 2004 |
| **LASHAWN MILLS** | : |
| **Defendant** | : |

### MOTION FOR DEFAULT JUDGMENT PURSUANT TO RULE 55(b)

The Plaintiff, AETNA LIFE AND CASUALTY COMPANY, in the above-entitled action moves that damages in the amount of $12,540.18 (see Exhibit "A"), court costs in the amount of $150.00 (see Exhibit "B"), and service charge in the amount of $105.32 (see Exhibit "C") for a sum total of TWELVE THOUSAND SEVEN HUNDRED NINETY-FIVE AND 50/100 ($12,795.50) DOLLARS be entered against the Defendant, LASHAWN MILLS , pursuant to Federal Rule of Civil Procedure 55(b), this Court having granted a request for entry of default pursuant to Federal Rule of Civil Procedure 55(a) on April 13, 2004.

        PLAINTIFF
        AETNA LIFE AND CASUALTY
        COMPANY

By S/S
    Richard F. Tolisano
    Its  Attorney
    2 Congress Street
    Hartford, CT 06114-1024
    Federal Bar No: 11822

## ORDER

The Foregoing Request having been presented to the Court is hereby **ORDERED**: GRANTED/DENIED.

BY THE COURT

_____
Judge/Clerk

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed to Pro Se Defendant Lashawn Mills, 7735 Mt Carmel Road , Verona, Pa 15147 on May 4, 2004.

S/S
Richard F. Tolisano
Attorney at Law
2 Congress Street
Hartford, CT 06114

J:\Office\TONI\Aetna v. Mills55b.wpd