EXHIBIT "A"

# CIVIL COVER SHEET

...il cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required ...t as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use ...of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Aetna U. S. Healthcare | Lashawn Mills |

| COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Hartford (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____ (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |
|---|---|
| ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) Law Offices of Richard F. Tolisano 2 Congress Street Hartford, CT 06114-1024 (860) 549-0520 | ATTORNEYS (IF KNOWN) Unknown |

**BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- U.S. Government Defendant
- 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Cause of Action arises under the Employee Retirement Income Security Act of 1974 (ERISA), 29 USC 1001-1461, in that plaintiff, a fiduciary, is claiming recovery of overpayments of benefits administered under ERISA.

**NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| Marine | ☐ 310 Airplane / ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| Negotiable Instrument | ☐ 365 Personal Injury — Product Liability | ☐ 630 Liquor Laws |  | ☐ 450 Commerce/ICC Rates/etc. |
| Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| Medicare Act | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. |  | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability | ☐ 660 Occupational Safety/Health | ☐ 820 Copyrights | ☐ 810 Selective Service |
|  | **PERSONAL PROPERTY** | ☐ 690 Other | ☐ 830 Patent | ☐ 850 Securities/Commodities/Exchange |
| Recovery of Overpayment of Veteran's Benefits | ☐ 340 Marine / ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 840 Trademark |  |
| Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending |  | ☐ 875 Customer Challenge 12 USC 3410 |
| Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
|  |  |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** |  | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| Foreclosure | ☐ 442 Employment |  |  | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | **Habeas Corpus:** | ☐ 740 Railway Labor Act |  |  |
| Torts to Land |  | ☐ 530 General |  | **FEDERAL TAX SUITS** | ☐ 950 Constitutionality of State Statutes |
| Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 890 Other Statutory Actions |
| All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other |  |  |  |
|  |  | ☐ 550 Other | [X] 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 |  |
|  |  | (including 1983 Actions) |  |  |  |

**ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   **DEMAND $** 12,540.18   CHECK YES only if demanded in complaint: **JURY DEMAND:** ☐ YES [X] NO

**RELATED CASE(S)** (See instructions): **IF ANY**   JUDGE _____   DOCKET NUMBER _____

SIGNATURE OF ATTORNEY OF RECORD: /s/ Richard F. Tolisano    6-3-03

AO 440 (Rev. 10/93) Summons in a Civil Ac

EXHIBIT "B"

# United States District Court

_____ DISTRICT OF _____

Aetna U. S. Healthcare

V.

Lashawn Mills

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of defendant)

Lashawn Mills
7735 Mt. Carmel Road
Verona, PA 15147

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard F. Tolisano
2 Congress Street
Hartford, CT 06114

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must ...

**RICHARD F. TOLISANO, ATTY-AT-LAW**
CLIENTS FUNDS / IOLTA Clerk, U.S. District Court

6/3/03

filing fee                                                                  3537

Client's Funds    Aetna v. Mills                                      *****150.00

EXHIBIT "C"

# INVOICE

DAVID F. HUBBS-CT STATE MARSHAL
P.O. BOX 637
SOUTHINGTON, CT 06489
860-276-0461

| DATE | INVOICE# |
|---|---|
| 6/24/03 | 11838 |

BILL TO:

RICHARD TOLISANO
2 CONGRESS STREET
HARTFORD, CT 06114

| DESCRIPTION | AMOUNT |
|---|---|
| WRIT, SUMMONS & COMPLAINT<br>AETNA US HEALTHCARE VS MILLS | $105.32 |

**RICHARD F. TOLISANO, ATTY-AT-LAW**
CLIENTS FUNDS / IOLTA State Marshal David F. Hubbs     6/25/03
Marshal Fee
                                                                            3570

Client's Funds    Aetna v. Mills

*****105.32

# RICHARD F. TOLISANO
### Attorney at Law

Richard F. Tolisano

2 Congress Street
Hartford, CT 06114
Phone (860) 549-0520   Fax (860) 549-5879

May 4, 2004

Clerk
United States District Court
District of Connecticut
915 Lafayette Street
Bridgeport, CT 06604

    Re:    **Aetna Life & Casualty Company v. LaShawn Mills**
            **Case No.: 3:03CV01021(WWE)**

Dear Clerk:

    Enclosed please find a Motion for Default Judgment pursuant to Rule 55(b) concerning the above-captioned matter.

    Should you have any questions or concerns, please do not hesitate to contact this office.

                                      Sincerely,

                                      Richard F. Tolisano

RFT/lmc
Enclosures

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **AETNA LIFE AND CASUALTY COMPANY** | : |
| **Plaintiff** | : CIVIL NO. |
| | : 3:03-CV-01021(WWE) |
| v. | : |
| | : MAY 4, 2004 |
| **LASHAWN MILLS** | : |
| **Defendant** | : |

## MOTION FOR DEFAULT JUDGMENT PURSUANT TO RULE 55(b)

The Plaintiff, AETNA LIFE AND CASUALTY COMPANY, in the above-entitled action moves that damages in the amount of $12,540.18 (see Exhibit "A"), court costs in the amount of $150.00 (see Exhibit "B"), and service charge in the amount of $105.32 (see Exhibit "C") for a sum total of TWELVE THOUSAND SEVEN HUNDRED NINETY-FIVE AND 50/100 ($12,795.50) DOLLARS be entered against the Defendant, LASHAWN MILLS, pursuant to Federal Rule of Civil Procedure 55(b), this Court having granted a request for entry of default pursuant to Federal Rule of Civil Procedure 55(a) on April 13, 2004.

PLAINTIFF
AETNA LIFE AND CASUALTY
COMPANY

By_____
Richard F. Tolisano
Its Attorney
2 Congress Street
Hartford, CT 06114-1024
Federal Bar No: 11822

## ORDER

The Foregoing Request having been presented to the Court is hereby **ORDERED**: GRANTED/DENIED.

BY THE COURT

_____
Judge/Clerk

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed to Pro Se Defendant Lashawn Mills, 7735 Mt Carmel Road, Verona, Pa 15147 on May 4, 2004.

_____
Richard F. Tolisano
Attorney at Law
2 Congress Street
Hartford, CT 06114

C:\Hotdocs Answers\~h$d0000.hdd

# CIVIL COVER SheeT

The cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## PLAINTIFFS
Aetna U. S. Healthcare

COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Hartford
(EXCEPT IN U.S. PLAINTIFF CASES)

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Law Offices of
Richard F. Tolisano
2 Congress Street
Hartford, CT 06114-1024  (860) 549-0520

## DEFENDANTS
Lashawn Mills

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

ATTORNEYS (IF KNOWN)
Unknown

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

## CAUSE OF ACTION
Cause of Action arises under the Employee Retirement Income Security Act of 1974 (ERISA), 29 USC 1001-1461, in that plaintiff, a fiduciary, is claiming recovery of overpayments of benefits administered under ERISA.

## NATURE OF SUIT
[X] 791 Empl. Ret. Inc. Security Act

## DEMAND $ 12,540.18
JURY DEMAND: [X] NO

Signature of Attorney of Record: [signature]   6-3-0?

EXHIBIT "B"

# United States District Court

_____ DISTRICT OF _____

Aetna U. S. Healthcare

**SUMMONS IN A CIVIL CASE**

V.

Lashawn Mills

CASE NUMBER:

TO: (Name and address of defendant)

Lashawn Mills
7735 Mt. Carmel Road
Verona, PA 15147

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard F. Tolisano
2 Congress Street
Hartford, CT 06114

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

RICHARD F. TOLISANO, ATTY-AT-LAW
CLIENTS FUNDS / IOLTA    Clerk: U.S. District Court                        6/3/03

filing fee                                                                 3537

Client's Funds    Aetna v. Mills                              *****150.00

EXHIBIT "C"

# INVOICE

DAVID F. HUBBS-CT STATE MARSHAL
P.O. BOX 637
SOUTHINGTON, CT 06489
860-276-0461

| DATE | INVOICE# |
|---|---|
| 6/24/03 | 11838 |

BILL TO:

RICHARD TOLISANO
2 CONGRESS STREET
HARTFORD, CT 06114

| DESCRIPTION | AMOUNT |
|---|---|
| WRIT, SUMMONS & COMPLAINT<br>AETNA US HEALTHCARE VS MILLS | $105.32 |

RICHARD F. TOLISANO, ATTY-AT-LAW
CLIENTS FUNDS / IOLTA State Marshal David F. Hubbs          6/25/03
Marshal Fee
                                                                            3570

Client's Funds     Aetna v. Mills                                       *****105.32