

FILED

2004 MAY -6  A 11: 43

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AETNA LIFE AND CASUALTY COMPANY | : |
| Plaintiff | : CIVIL NO. |
| | : 3:03-CV-01021(WWE) |
| v. | : |
| | : MAY 4, 2004 |
| LASHAWN MILLS | : |
| Defendant | : |

### MOTION FOR DEFAULT JUDGMENT PURSUANT TO RULE 55(b)

The Plaintiff, AETNA LIFE AND CASUALTY COMPANY, in the above-entitled action moves that damages in the amount of $12,540.18 (see Exhibit "A"), court costs in the amount of $150.00 (see Exhibit "B"), and service charge in the amount of $105.32 (see Exhibit "C") for a sum total of TWELVE THOUSAND SEVEN HUNDRED NINETY-FIVE AND 50/100 ($12,795.50) DOLLARS be entered against the Defendant, LASHAWN MILLS, pursuant to Federal Rule of Civil Procedure 55(b), this Court having granted a request for entry of default pursuant to Federal Rule of Civil Procedure 55(a) on April 13, 2004.



Motion GRANTED
WARREN W. EGINTON
Senior United States District Judge  7/23/04