UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

AETNA LIFE & CASUALTY COMPANY

    v.                            3:03CV1021 WWE

LASHAWN MILLS

## DEFAULT JUDGMENT

This action came on for consideration before the Honorable Warren W. Eginton, Senior United States District Judge, as a result of plaintiff's motion for default judgment pursuant to Rule 55(b) of the FRCvP. On April 13, 2004, a default under Rule 55(a) FRCvP entered against the defendant Lashawn Mills. The plaintiff's motion for default judgment was granted on July 23, 2004, in the amount of $12,540.18 plus costs in the amount of $255.32.

Therefore, it is ORDERED and ADJUDGED that judgment is entered in favor of the plaintiff, Aetna Life and Casualty Company, against the defendant, Lashawn Mills, in the amount of $12,795.50.

Dated at Bridgeport, Connecticut, this 26th day of July, 2004.

                                        KEVIN F. ROWE, Clerk

                                      By     /s/Chrystine W. Cody
                                                Deputy-in-Charge

Entered on Docket _____